Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Superior ~~District~~ District of Georgia

Southern Division

|  |  |  |
|---|---|---|
| Imare'Damu F. J. Franklin | ) | Case No. _CV224-023_ |
| _____ | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| | ) | |
| Superior courts of Glynn County, | ) | |
| William Bill Johnson | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name: Imare'Damu' F. J. Franklin

All other names by which you have been known:

ID Number: 981796

Current Institution: Glynn County Detention Center

Address: 100 Sulphur Springs Road

Brunswick                    GA.          31520
City                            State          Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name: Superior Courts of Glynn County

Job or Title *(if known)*: Courts of Glynn

Shield Number:

Employer: State Court's

Address: 701 H ☒ Suite 163 / P.O. Box 1355

Brunswick                    GA.          31520/31521-1355
City                            State          Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

Name: William Bill Johnson

Job or Title *(if known)*: Public Defender

Shield Number: Bar number 395907

Employer: Glynn County Public Defenders Office

Address: 11 Judicial Lane Suite 225

Brunswick                    GA.          31520
City                            State          Zip Code

☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I'm being violated of PROPER procedure in the Superior courts upon Trial. First appearance in the state of Georgia or 72 hours of Incarceration should Lift a bench warrant stated by the GA. Law enforcement handbook of criminal procedure. No response from superior courts, Due Process of Law denied by Bill Johnson and the Superior Courts of Glynn County Since Nov. of 2023, Sixth Amendment denied completely

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

IV. Statement of Claim (page four of 11)

Fact 1. All events happen while being Incarcerated in Glynn County Detention Center Approximately from Nov. of 2023 To Feb of 2024.

Fact 2. The Superior Courts denied me of my Bill of Rights

Fact 3. The Superior Courts denied me of my U.S. Constitutional Rights

Fact 4. The Superior Courts denied me of my GA. Constitutional Rights

Fact 5. The Superior Courts didn't uphold my miranda Rights

Fact 6. The Superior Courts Refuse To Respond To my 20 motions filed By me In Respectful Time

Fact 7. Bill Johnson Refuse To uphold my due Process of Law

Fact 8. Bill Johnson denied Trying To speak To the DISTRICT ATTORNEY on my behalf

Fact 9. Bill Johnson did not Assist me on my 20 motions I filed Solo

Fact 10. Bill Johnson has been Ineffective Counsel Since Appointed To me on Case #CR-2300274

Fact 11. Bill Johnson hasn't came and went over the discovery to notify me of any evidance Against me.

I have enclosed examples of motions I filed without Bill Johnson for Proof. I Also enclosed A letter that I wrote the Superior Courts Addressing my situation. Once Copies are filed for proof on my behalf will the Courts please send them back? Those Are my originals Copies. thanks. at the mercy of the Courts. Respectfully, Imani Damu' F.J. Franklin #981796

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed. The Superior Courts of Glynn acted under color
by not upholding my Bill of Rights, GA. Constitutional Rights, US constitutional Rights, my sixth
Amendment being deprived and my miranda Rights being deprived, same as Bill Johnson
and I've written both parties about these matters since Nov. of 2023 and still
no reponse. My criminal procedure by the superior courts and Bill Johnson has been
deprived as well. As $17-7-24 shows in hand book that I tried and was deprived.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[✓]   Pretrial detainee

[ ]   Civilly committed detainee

[ ]   Immigration detainee

[ ]   Convicted and sentenced state prisoner

[ ]   Convicted and sentenced federal prisoner

[ ]   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Glynn County Detention Center

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.  What date and approximate time did the events giving rise to your claim(s) occur? Approximately Nov.-2023 Till Feb. of 2024, approximately from 12:00 evening To 12:00 pm 12:00

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* What happened to me was since I've been Incarcerated in Glynn County Dententtion center, I've been reaching out to my court giving Lawyer (Bill Johnson) and the Superior courts of Glynn that my Miranda Rights, my due process of Law, my Bill of Rights, and my Amendments have been deprived from since Accused of crimes. The clurk (Rebbeca J. Walden) has copies that I sent notice of these matters, Also The District Attorney and Bill Johnson.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I've sustained mental Insuries as I'm setting in this cell in Glynn County detention center, Looking at the walls thinking About Harming myself Because I know my Rights not being upheld and nobody In the courts will help.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want The courts To Fire Bill Johnson for up holding the Bar He took, I want the courts to give me a fair Trial with a Real Attorney or upheld my Sixth Amendment, uphold my due process of Law, my Miranda rights being taken, upheld my Bill of Rights, upheld my GA and U.S. Constitunial Rights. I want A Lean Pail on the clerk for not keeping the Oath she took (Rebbeca J. Walden) and I would Like To be Rewarded 1 million dollars for every month Including Nov. of 2023 I've been In Glynn County Jail, ($4 million dollars) for my mental pain and suffering

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Glynn County Detention Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

_____

3.  What was the result, if any?

_____

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Glynn County Jail Grievance Process only Responds to Jail Issues, If you wrote the grievance about any Issues outside the Jail, Capt. Wooten will say contact your public defender OR Paid Attorney

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: Because The Glynn County Jail Grievance process only will help with Jail Issues, If You file A grievance about anything other than the Jail, Capt, Wooten will Reply "contact your Public defender or paid Attorney"

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: RebBeca J. Walden, Bill Johnson, The District Attorney of Glynn, The Internal Affairs, I've been writing Letters since Nov of 2023, I've gotten no response from no parties.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I've Sent examples of Said motions and Letters that I've done without The proper help from my Court Appointed Attorney Bill Johnson. will the Courts Please Send them back after The Court's make copies on my behalf for my day in court?

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐  Yes

☑  No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes

[✓] No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

[ ] Yes

[ ] No

If no, give the approximate date of disposition.   Feb of 2024 Approximately

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   _____
     Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition   Feb. of 2024 Approximately

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _____

IX.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     Feb. 2th 2024

Signature of Plaintiff        Elmarie Damu F. Sr. Franklin
Printed Name of Plaintiff     Imare Damu F. Sr. Franklin
Prison Identification #       981796
Prison Address               Glynn County Detention Center
                             Brunswick                    GA.        31520
                                      *City*              *State*    *Zip Code*

B.      **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                      *City*              *State*    *Zip Code*
Telephone Number
E-mail Address

To: Honorable Judge:

Georgia Law Book Says, To get A warrant lifted in Georgia, IT's essential to Approach the situation methodically and with a clear understanding of the legal Process. You need to convince either the Local prosecutor OR the local Law enforcement Agency, That Approached the Judge and had the warrant signed (issued). To Again Approach the Judge and have the warrant lifted (cancelled/withdrawn) by the Judge. I'm asking This court why I have been in Glynn county Jail since Nov. 6th 23 and The Bench warrant hasn't been Lifted? I've been writing The Superior Courts and no Response period. I need and is Trying To get a better defense for myself other than william Bill Johnson Because I haven't saw him and I suppose To Start Trial Feb. 5-24. Is This not depriving me of Due process of Law? How Am I suppose To get my Sixth Amendment upheld if I can't or will be denied of getting The best Defense as possible? Thanks for your Time and consideration.

Sincerely,

Imarré Damu' F. J. Franklin
1-26-24

RECEIVED
BRUNSWICK, GA

JAN 31 2024

US DISTRICT COURT
SOUTHERN DISTRICT OF GA

§13:2 Waiver of Indictment

In The Superior Court of Glynn County State Of Georgia

STATE OF GEORGIA                              Case No. CR-2000366

        VS

Imare'Damu' F. J. Franklin

                    Waiver of Indictment

Comes Now The defendant in the above-Styled Case, and being Confined in Jail,
waives Indictment in Said case by a grand Jury and Consents to A Trial on an
accusation in Said Court this 3rd day of January, 2024

1-3-24

1/3/24

O.C.G.A. §14:191 ORDER ON MOTION To SUPPRESS

IN THE SUPERIOR COUNTY of Glynn County State of GEORGIA

STATE OF GEORGIA                                    Case number : CR-2300274

        VS

Imare'Damu'F.S. FRANKLIN

                            ORDER

In MOTION heard and Considered, it is here by ordered and adjudged that the
Contraband evidence in the above-styled Case be Suppressed because said
evidence was seized in Violation of the United States and Georgia Constitutions
and the Laws of the State of Georgia.

This 21 day of Dec. 2023.

County Clerk

12-21-23

12-21-23

O.C.G.A. §17-7-170 IN THE SUPERIOR COURT OF Glynn County STATE OF GEORGIA

STATE OF GEORGIA                          Case Number : 2300264

    VS

Imare' Damu' F. J. FRanklin

## MOTION FOR A SPEEDY TRIAL

Comes Now Imare' Damu' F.J. Franklin by and through his/her attorney, and files this Motion for a speedy Trial and would show unto the Court the following: that the Above Case has not been set for trial and it is in the Defendant's best interest and his/her Constitutional right that this case is set for trial as soon as possible. WHEREFORE, PREMISES CONSIDERED, Defendant requests that this court enter Its order setting this case for hearing at the earliest possible date. Respectfully Submitted, Imare' Damu' F.J. Franklin

Courtney Hagan
12-21-23

Imare Franklin
12-21-23

COURTNEY MICHELLE HAGAN
NOTARY PUBLIC
Glynn County
STATE OF GEORGIA
My Comm. Expires Oct. 6, 2026

GA. Code §9-11-41  IN THE SUPERIOR COURT OF GLYNN COUNTY STATE OF GEORGIA

STATE OF GEORGIA                          Case number: CR-2300274

        VS

Imare' Damu' F.J. Franklin

                    MOTION TO DISMISS

COMES NOW Imare' Damu' F.J. Franklin prior to trial or entry of 〈…〉 and respectfully

moves the court to dismiss the Small claim in the above-entitled matter for the reason

that first the State is using my name as a number, my name is NOT IMARE D. FRANKLIN in ALL CAPS

Turn my social security card over and run those NINE (9) numbers at that is proof. because

the government has a account with multi-millions of dollars in it by the name Imare' Damu'

F.J. Franklin NOT IMARE D. FRANKLIN IN ALL CAPS thats not me. My due process of Law

has been deprived §1 Rights of Persons Paragraph XIII. Searches, Seizures and warrants, Paragr-

aph I. Life, Liberty, and property, Paragraph XVII Bail, fines, punishment, arrest, Abuse of Prisoner

Paragraph XXX. rights of Certain Individuals (A), (1), (2) (3), (u), (S), Paragraph II. protection to

person and property, equal protection. Paragraph V. In all civil or criminal actions for libel,

the truth may be given in evidence; and, if it shall appear to the trier of fact that

matter charged as libelous is True, the party shall be discharged. Uninformed this

County is about the reality of how Glynn County and the State of Georgia Justice system

Exploits, oppresses and dehumanizes Imare' Damu' F.J. Franklin, demonizing and criminaliz-

ing my behavior that require treatment and Not punishment so the District Attorney

can "Lock me up and throw away the key". Labels such as ex-Con, felon, and ex-offender

that stigmatize me and keeps me from full participation in the Job market, housing, and

education. Under OCGA § 5-6-34(B) I have previously been placed in Jeopardy. My Georgia

Constitutional rights are clearly deprived and my Amendments are not being upheld by

The courts of Glynn (Substantial right to claim my Sovereignty rights), it's abuse

of discretion Clearly by the Brunswick Police, City of Glynn, The District Attorney.

PETITION OF MY Fourth (4⁴⁾) AMENDMENT being DEPA...

Sovereignty Hogg
1-17-24

Irave Jerdiri
1-17-29

[Notary seal: COURTNEY MICHELLE HAGAN, NOTARY PUBLIC, Glynn County, STATE OF GEORGIA, Commission Expires Oct...]

THE Fourth (4ᵗʰ) AMENDMENT,

I, Imare'Damu' F.J. Franklin address The Court's. Although legal phrases such... "unreason-able search and seizure" continue to be bandied about in my case # CR-2300274, THE Fourth Amendment's protection from unreasonable search and seizure by The Brunsw Brunswick police department has diminished over time. It almost seems as if there are two very different verisons of the Fourth Amendment : The original, which guaranteed personal privacy and freedom, and today's abused rule of law, which has been littered with countless Judicial Exceptions. Those who drafted the Bill of rights were deeply concerned about preserving personal Liberty and property rights. Many of them considered Freedom in one's home and car the Most essential liberty. After all, they believed that a man's home and car is his Castle. The Framers of the Constitution believed that property and privacy rights were paramount — even over public safety. Citizens are considered equals with law enforcement officials. Authorities are rarely permitted to enter one's home or car without permission of warrant or in a deceitful manner. And it is not uncommon for police officers to be held personally liable for trespass when wrongfully invading a citizen's home, car or property. Unlike today, early Americans could resist arrest when a police officer tried to restrain them without proper Justification or a warrant signed by a Judge — which the police had to allow citizens to read before arresting them. (Daring to dispute a warrant with a police official today who is armed with high-Tech military weapons and tasers would be nothing short of Suicidal in Glunn County.) (facts) Rather, The demand for privacy stemmed from a harbored Suspicion of law enforcement officials and the unbridled discretion The Brunswick Police department Abused in my case # CR-2300274. A number of today's police tactics and equipment are in clear conflict with the "freedom" vision of the Framers. equipment utilized by The police, such as sophisticated flashlights containing super-sensitive detectors that sense the contents of your breath and computer taps that detect the information you read and write on your computer, undermines

Petition of my Fourth Amendment being deprived part (2)

Courtney Hagan 1-17-24

Jerrard Franklin 1-17-24

COURTNEY MICHELLE HAGAN NOTARY PUBLIC Glynn County STATE OF GEORGIA My Comm. Expires Oct. 16, 2026

The foundation of My liberties. Despite my privacy Rights, police [illegible] Situate these invasive devices in front of my face and into my personal s[illegible] same manner; They Frequently use minor breaches of the law - Such as failing to fully Stop at a Stop Sign - To Justify a complete, but often unnecessary, search and Seizure of my persons and belongings. Most disturbing of all, some even resort to using Lies under oath and deceit to gain access to our homes, cars, and other private Possessions and The court's do nothing about on a daily basis. (facts). The u.s. superior and supreme court's has been a willing accomplice in this depreciation of my essential freedoms. The Superior and Supreme court's of Glynn county, State of Georgia opinions are plagued with countless exceptions that pervert the Letter and Spirit of the Fourth Amendment. Such cases include language the framers never foresaw or Intended such as protective sweep exeception, hot pursuit exception, inevitable discovery exception, and good faith exeception, to name Just a few by The Bwk police department and The superior and supreme Court's of Glynn County. Even worse, the Court's often use rationales such as police safety, national security, and citizen protection to Justify these intrusive and Corruptive interpretations. The End result is I cowed into submission by an atmosphere of violence and intimidation by the Bwk police department and Court's of glynn. Just the whispered threat of violence can be a powerfully motivating force. An ounce of violence can Yield a pound of terror - Especially in Brunswick, Georgia. This explains why I, who is Tyrannized by violent regimes languish under oppression with little resistance or help from the Court's of Glynn County. (facts) The answer tho this dilemma lies in the nature of freedom. True Freedom imposes a corresponding responsibility to remain free. Freedom is a gift/right. And on those to whom it is bestowed, a price is exacted. That price is vigilance and Involvement. Means not falling prey to the temptation to allow fear to override common sense or to prefer security of Liberty. Such will Lead To the Death of freedom. "Justice Too Long delayed is Justice denied". Protections go far beyond actual police Search of my home. (facts)

PeTITIoN of my fourth Amendment being Deprived

Amari
frankli
1-17-24

Amendment IV: Searches, Seizures and Warrants:

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable Cause, Supported by Oath or affirmation, and particularly describing the place to be Searched, and the persons or things to be seized. After living through oppressive policies such as this, The founders wanted to ensure that Americans would never have to face intrusive government measures again and The Court's of Glynn isn't upholding This at all. (facts) Glynn county police department and the Court's are dealing off of mere force and not honesty of my fourth (4th) Amendment (facts.) Fourth (4th) Amendment requires that a warrant signed by a Judge be Issued in order for authorities to arrest an individual. For a valid warrant to be Issued, the circumstances must pass the legal test for Probable Cause— That "more likely than not", Criminal activity is afoot. At The time of the founding, even after a warrant had been Issued, Law enforcement authorities are still required to follow a certain procedure prior to a search. The fourth (4th) Amendment prohibits the Bwk police from searching My home and car and person without a warrant (This is facts), which must Include specific Information such as the person's name, address, car, and person to be searched. I have a reasonable expectation of privacy for my personal Information as well. Superior and Supreme court's has effectively diminished many of the fourth (4th) Amendment's protections. In United States v. Leon, The Supreme Court held that evidence seized by officers objectively and in good faith was admissible, despite the fact that the warrant Used to gather the evidence was later found to be defective. Superior and supreme court's has ruled that grand Juries may use evidence that is allegedly obtained Illegally in questioning witnesses because to hold otherwise would Interfere with grand Jury Independence and the time to contest the Illegal search is after the accused is charged. I, Imare' Damu F. S. Franklin Is not on any any kind of Probation, meaning I have All my rights and Amendments and I Claim my popular Sovereignty Rights and ask The Courts again why am I being kidnapped and entrapmented when my Due Process of Law is being deprived by the STATE of GeoRGIA?

§26:15 petition, brief and order for probation with electronic monitoring

IN THE SUPERIOR COURT OF Glynn County    STATE OF GEORGIA

STATE OF GEORGIA                              Case No. CB-2000366

 VS.

Imare' Damu' F.J. Franklin

PETITION FOR PROBATED SENTENCE USING ELECTRONIC SURVEILLANCE [1]

pursuant to O.C.G.A. §92-8-35, Special Conditions of probation may be Imposed in cases
where the Court determines Special Conditions would be warranted. Therefore, defendant
respectfully requests that this Honorable Court impose a probated Sentence with a
Special Condition that the Defendant be required to wear an electronic monitoring
device as specified by the Court in order that the defendant's ~~~~~~ whereabouts
be monitored at all times and Conditions of probation. Attached to this request is a
brief in Support on behalf of Defendant for this Sentencing alternative and special Condi-
tion as proposed. I, Imare' Damu' F.J. Franklin State that I will Apply to the terms of the
Court's, if the Court's bless me with the opportunity with this Chance, I will and can
Show proof of my Job at Mullet Bay on St. Simons Island and a work Schedule for week
To week if granted the Blessing. At The Court's Mercy, Imare' Damu' F.J. Franklin (Special Condi-
tions of probation are often Used as rehabilitative tools in Lieu of Incarceration)

1-17-24

1-17-24

Petition for Inadequate Legal Counsel by (1)
William Bill Johnson Bar# 395907
(Pettifoger) (Ineffective
Counsel)
Chris Freudive
1-17-24
Attorney
Hon
1-17-24

To: Honorable Judge Stephen G. Scarlett Sr., Clerk of Court, Internal, Attorney
General, NAACP, State Bar of Georgia General Counsel, and Southern Center W/ Human rights.

My name is Imare' Damu F.J. Franklin, I'm Officially writing The Courts and Said above groups because
I have notified (clerk) Ms. Rebecca J. Walden and The Superior Courts of Glynn That my 6th Amendment
has been deprived from me and I've been violated because if I would've enjoyed The right to the
Assistance of a proper Counsel with due process of Law by Mr. William Bill Johnson Bar#395907. I
Could have Exhaust all aspects of my case #CR-2300274. I go to Court Feb. 5th-24 and Mr. Johnson has.
Not saw me to discuss my case in any adequate Legal advice at all since Dec. 12-23. How is This proper
procedures with Trial is set for Feb. 20th-24? I Truly Feel like Mr. Johnson is working with The State
and District Attorney's office of Brunswick Because fact's are These (1.) He's kind to Jackie Johnson
who was The last District Attorney who covered up a Black mans killing in Glynn County, I Feel like he's
Trying To do The same with me and Throw my rights away to the State of GA. (2.) I've begged him to File cer-
Tain motions, he has not and will not, (I Filed myself, I have the copies). (3.) I begged him to ask The State and
The District Attorney's for certain pleas (I have The copies) he has not and will not and The Accusation I'm
being accused of I've never been convicted of (never). (4.) I've written him several Letters That my miranda
rights was not upheld, he hasn't brought This to The Courts forefront. (my 5th Amendment right) (5.) He
has been deliberatly Indifferance to my case #CR-2300274. (6.) I have a Substantial right threw
The Georgia and US. Constitution that William Bill Johnson and every other person in The Courts took a
oath to uphold and it's not being upheld at All This is facts. (7.) Mr. Johnson has deprived me The Deve-
lopment of The right of Access to The Courts per Law Book (Michael B. mushlin)(3rd edition.) (8.) Johnson
has Abused of discretion. Thus harming The defendant in proper legal Counsel. (O.C.G.A.) § 5-6-34(b)
is a Prime Example of what I'm going Threw with The State & Mr. Johnson. I, Imare' Damu F. S.
Franklin No Longer want Mr. Johnson Bar#395907 as my Court appointed Attorney, he
is Inadequate to my Justice and as my 6th Amendment Right, I, Mr. Franklin would like
The Honorable Judge of my case To Appoint me a attorney from the State who has
my best Interest and not the District Attorney's. I've been housed in Glynn County Jail
since Nov. 6th-23 and I never saw Mr. Johnson since Dec 12th-23 to discuss my Trial (facts)

Petition for Inadequate Legal Counsel by:
william Bill Johnson Bar # 393907
(Pettifoger) (ineffective Counsel)

I also need a 1983 Civil Suite So I Can file about This matter please." Justice too long denied" The Bill of right was set in place for this to not happen to me, why is my rights and Amendments not being upheld by those who swore under oath? IS IT because I'm a Black man in a Jim Crow state? The 8th Amendment safe guards me against excessive bail/excessive fines and cruel and unusual punishment, why is my 8th Amendment not being upheld by the State of Georgia? This statement I state is fact NOT fiction in Glynn County" Uniformed This County is about the reality of how Glynn County and the state of Georgia Justice system exploits, oppresses and dehumanizes Imare' Damu' F.J. Franklin and every other Black man in this Jim crow state/county, "demonizing and criminalizg my behavior that require treatment and not punishment so the District Attorney's can "Lock me up and throw away the key" Like all the other black men around me. Labels such as Ex-Con, felon, and ex-offender that stigmatize me and keeps me from full participation in Job market, housing, and education." I've witnessed several white me in my dorm C-16 with larger Accusations than mine and the state has gave them "Slaps on the wrist". Such as probation, PDC, drug court, RSAD and even OR Bonds. So whats so different about me, my skin color in Glynn County, Brunswick? If the State wouldn't have let the Brunswick police department Violate my 4th Amendment right against unreasonable, search and seizure" I wouldn't be falsely in Glynn County Jail since Nov.16th-23. Thanks for your Time and Consideration Sincerely, Imare' Damu' F.J. Franklin and my name is not IMARE D. FRANKLIN W ALL CAP Letters and would Like the courts to stop using this for their State wide business Because when my Social Security card is flipped over and those Q Letters are ran threw the government system it's proof by the multi-millions in that Account and I've claimed my Popular Sovereignty by the clerk and Superior courts of Glynn refuse to Respond, why? God Bless the courts
(P.S. The District Attorney lied under oath on Dec.12th-23 and the Honorable Judge Let him and my court appointed Lawyer MR. Johnson did not speak the facts when I Tried to Alert him about the matter) This is facts This is a earnest request made To Authority That Bill Johnson is clearly a pettifoger To the Laws and my case # CR-2306274 and I, Imare' Damu' F.J. Franklin fear for my -ife and well-being by Bill Johnson. It is my 6th Amendment right that I be Informed by the Counsel for my defense of evidence against me, this Amendment is being deprived.

PETITION FOR ~~Ineffective Legal Counsel By~~
William Bill Johnson Bar #395907
(Pettifoger) (Ineffective Counsel

Chiara Greenlee
1-17-24

1-17-24

"Presumption Of Liberty". No one Should Ever be forced to bear the ~~...~~ proving Why he/
She Should be able to exercise a particular right. The enumeration in the constitution, of
certain rights, shall not be construed to deny or disparage others retained by The people.
When a Court appointed Attorney can violate the non-enumerated rights granted in the
Sixth Amendment, it's only a matter of time before the Court's and attorney's( will ~~them~~ trample
the enumerated rights of me and the people explicitly spelled out in the rest of
the Bill of Rights.)(facts). In all criminal prosecutions, The accused shall enjoy the right to a speedy
and public trial, by an impartial jury of the state and district wherein the crime shall have been
committed, which district shall have been previously ascertained by law, and to be informed
of the nature and cause of the Accusations; to be confronted with the witnesses against
me; to have compulsory process for obtaining witnesses in my favor, and to have the
Assistance of counsel for my defense.(facts) I, The Accused person is entitled to Conf-
ront the witnesses against me and demand to know the nature of my charges (6th Amendment
right, facts) The Court's cannot keep me or someone in Jail for unspecified offenses. I
also have the right to be tried by a Jury of my peers (African Americans) and be repre-
sented by an attorney with my my interest. The founders enacted The Sixth Amendment
Which guarantees ~~my~~ my attorney William Bill Johnson To not be Ineffective counsel to my
due process of Law and my Bill of Rights in The Gwynn county, City of Brunswick, Georgia.
The Text of The constitution permits all criminally accused defendants including me "to have
the assistance of counsel for...defense." U.S. Supreme Court has determined that a criminally
charged defendant who is unable to afford an attorney shall have one appointed free of
charge if he or She desires. The reasons behind these rights are twofold: First and foremost,
a defendant (I) benefits from a speedy and public trial by Jury because an open trial sugg-
ests a fair hearing of his or her grievances. Second, democratic society benefits from
The ability to witness local courts of law in action. To this day and Since Nov 6th 23
I have not been informed of the evidence against me by court appointed attorney will-
am Bill Johnson Bar #395907, I'm not a "Enemy Combatant" Why my Rights not upheld? (facts)

As Stated in The Georgia Law Enforcement Handbook Criminal Procedure, Bench warrant should be Lifted in 72 hours or when defendant enters Court on first appearance in The State of Georgia. §17-7-24. Time granted parties for prepartion of case; Bail A reasonable time shall be given to the defendant and prosecutor for the prepartion of the case. In no event shall the defendant be forced to attend the hearing without the aid of Counsel of there is a Reasonable probability of his securing Counsel without to great delay. Where the hearing is postponed to A future day at the Instance of either party or the Court, It shall not be necessary to commit The defendant to bail pending the hearing; but he shall have the right to give bail for appearance at the hearing before the Court of Inquiry If the offense is bailable under the Authority of the Court. Laws 1865-66 p.236 §1. formerly Code 1863, §4613; Code 1868 §4635; Code 1873, §4732; Code 1882, §4732; Penal Code 1895, §908; penal code 1910, §933; Code 1933, §27-403 §17-7-28 Evidence; Testimony of defendant. The Court of Inquiry shall hear all Legal evidence Submitted by either party. If the defendant wishes to testify and announces in open Court before the Court of Inquiry his Intention to do So, he may testify in his own behalf, If he So elects he shall be Sworn as any other witness, and may be examied and cross-examined as any other witness, except that no evidence of general bad character or prior convictions shall be Admissible unless and until the defendant first puts his character Into Issue. The failure of A defendant to testify shall create no Presumption against him, and comment may be made because of such failure. Laws 1962 p.453, §1; Laws 1973 p.292 §1. formerly Code 1863 §6422; Code 1868, §4646; Code 1873, §4733; Code 1882, §4733; Penal Code 1895, §910; penal Code 1910, §935; Code 1933, §27-405/ Sincerely, Imare' Damu' F.J. Franklin

To the Clerk and Judge of Supreme Court's of Glynn County Georgia,

My name IS Imare' Dami F. S. Franklin and I'm Reaching out to the Highest of Courts because I've reached out to Superior Court's of Glynn about said motions, Petition's, miranda Rights, due process of Law, Bill of Rights and being deprived of all these Legal Forms Said Above. I've filed and filed and the Superior Court's Keep dening me my due process of Law. I've been In Glynn County Jail Since Nov. 6th-23 with no miranda rights Read to me and I've had Ineffective counsel by william Bill Johnson Bar # 395907. I suppose to start Trial In Febuary of 2024, but my Due process of Law has not been upheld Since I've bee In Glynn county Jail by Bill Johnson and The Superior Court's of Glynn. my fourth abn Amendment Right has Also been deprived by the Brunswick police department and I notified Bill Johnson and the Superior Courts of glynn. I'm at the mercy of the Court's may I Know why my Bill of rights, my first threw 14th Amendment hasn't been upheld by The Brunswick police department and the superior Court's and Bill Johnson. may I Know why? Thanks for your consideration and Time. Sincerely, Imare' Dami' F. J. Franklin



County clerk
1-26-24
Imare' Franklin
1-26-24

12-3-23

Dear Clerk Rebecca J Walden, my name is Imare' Damu' F.J. Franklin and I would like the Superior Court of Glynn County to know that IMARE D. FRANKLIN in all Caps is not me at all. I Also would like this Notice on Record for the facts showing the government has a account thats on the Back of a Social Security Card in Red Letters (Bold) with thousands and millions of dollars in it and my Birth Records show that the city of Glynn and the State of Georgia is baring false witness on my government Issued name. If I, Imare' Damu' F.J. Franklin have any account and pay any fines, I'm giving the great City of Glynn permission to access that my government issued name. As you can see for Calendar call on Dec 13th 2023 Used as a number. 2626 Gordon St is not correct, I know that name is being To update my address to 1921½ 2nd street. I need the courts and CR-2300274 should be dismiss due to the Georgia Constitution and my Due Process of Law. The City of glynn and the State of Georgia is Clearly depriving me of my God giving Rights and the accusations against me are not true. I need the discovery Package to all case numbers I being falsely accused of by the government, the city of glynn and State of GA. I also had said Case #S CR-200366, CR-2300264 and I'm waiting on said Legal Papers that State this in black and White. I Also need Two 1983 Civil Suite Packages so I can start my Law suite against the City of Glynn and the State of Georgia and the government for baring false witness and not up holding the Due Process of Law. At the mercy of the Courts,
Imare' Damu' F.J. Franklin, CEO.



David P. Franklin #987796
100 Sulphur Spring Road
Brunswick, Georgia 31520

GLYNN COUNTY DETENTION CENTER
Mailed by an Inmate Incarcerated in a Detention Facility   ( Legal mail )

Office of Clerk, U.S. District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, Georgia 31521

