AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

IMARE DAMU F.J. FRANKLIN,

          Plaintiff,

v.

SUPERIOR COURT OF GLYNN COUNTY, and
WILLIAM JOHNSON,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-23

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated April 17, 2024, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute and denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _/s/_
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: April 18, 2024

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020